FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>LEO ANTHONY DABALOS,<br><br>Defendant. | No.   2:17-CR-0204-WFN-2<br><br>ORDER GRANTING REDUCTION OF SENTENCE<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

Pending before the Court is Defendant's Motion for Reduction of Sentence. ECF No. 103. Defendant faces imminent blindness and increased risk of complications and death associated with COVID-19 if contracted. He sought relief from the Bureau of Prisons but the BOP is unable to accommodate his immediate health needs. Due to these serious and immediate health issues, the Government concurs with Defendant's request. The parties agree that Defendant's sentence should be modified. The parties jointly recommend that the Court convert the Defendant's remaining custody time to supervised release with a home confinement / EHM condition, to run *consecutive* to the 5-year term of supervised release already imposed by the Court. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Reduce Sentence, filed May 5, 2020, **ECF No. 101**, is **GRANTED**.

2. Defendant's sentence as imposed in the Judgment, ECF No. 94, is **MODIFIED** converting Defendant's remaining time in custody to home detention with location monitoring, as reflected in the Amended Judgement filed contemporaneously herewith. Home detention begins immediately upon release and terminates on **May 24, 2022.**

ORDER - 1

3. Defendant shall be **IMMEDIATELY RELEASED** from custody. Defendant shall travel directly to his parent's residence in Moses Lake, Washington. He shall remain there under a strict 14-day quarantine. If he develops symptoms of COVID-19 he shall follow medical advice remaining quarantined until directed otherwise by medical providers. Following the quarantine, he shall remain in home confinement pursuant to the following conditions:

(a) You will be monitored by a form of location monitoring as directed by the Probation Officer until **May 24, 2022**, and you must follow the rules and regulations of the location monitoring program. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer. You must pay the costs of the program according to your financial ability.

(b) You shall abide by all conditions of release imposed in the Amended Judgment.

4. Upon completion of the term of home detention, Defendant shall remain on supervised release for an additional 5 years as imposed in the Amended Judgment. While on supervised release Defendant shall comply with the conditions of supervised release imposed in the Amended Judgment filed contemporaneously herewith.

The District Court Executive is directed to file this Order and provide copies to counsel, United States Probation Officer Jose Zepeda **AND TO** United States Marshals Service**--action required**.

**DATED** this 19th day of May, 2020.

05-19-20

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2