FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br> -vs-<br><br>LEO ANTHONY DABALOS,<br><br>                        Defendant. | No.   2:17-CR-0204-WFN-2<br><br>ORDER MODIFYING TERMS OF SUPERVISED RELEASE |

      Pending before the Court is Defendant's Unopposed Motion to Remove Special Condition #1. ECF No. 110. Upon granting Mr. Dabalos' motion for compassionate release, the Court imposed location monitoring as a condition of release. Since that time, Mr. Dabalos has performed well on supervision. Defendant represents neither the Government nor Probation Officer Cubias object to removing the location monitoring condition. Accordingly,

      **IT IS ORDERED** that:

      1. Defendant's Unopposed Motion to Remove Special Condition #1, filed June 17, 2021, **ECF No. 110**, is **GRANTED**.

      2. The terms of supervision are **MODIFIED** to remove the location monitoring requirement. All other conditions of Mr. Dabalos' supervised release **REMAIN IN EFFECT**.

      The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Emely Cubias.

      **DATED** this 28th day of June, 2021.

                                                                      *[signature]*
                                                    WM. FREMMING NIELSEN
    06-24-21                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER